ORIGINAL

1    Nanette D. Sanders (State Bar No. 120169)
     Michael B. Reynolds (State Bar. No 174534)
2    Timothy J. Brigham (State Bar No. 204540)
     SNELL & WILMER L.L.P.
3    1920 Main Street, Suite 1200
     Irvine, CA 92614-7230
4    Telephone: (949) 253-2700
     Facsimile: (949) 955-2507

6    Attorneys for PBS Building Systems, Inc.,
     Reorganized Debtor

     Stephen J. Snipper
8    Snipper, Wainer & Markoff
     2029 Century Park East, Suite 1690
9    Los Angeles, CA 90067
     Telephone: (310) 557-1905
10    Facsimile: (310) 557-0729

11    Attorneys for the Official Post Confirmation
     Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In Re: | CASE NO. SA 95-12144-JR |
| PBS BUILDING SYSTEMS, INC., | Chapter 11 Case |
|          Reorganized Debtor. | **FINAL DECREE** |
| | [No Hearing Required: Local Bankruptcy Rule 3020-1(d)] |

///
///
///
///
///

250434

1  The Court, having read and considered the Motion for Final Decree ("Motion") filed by PBS Building Systems, Inc., the Reorganized Debtor herein ("Reorganized Debtor") and the Official Post-Confirmation Creditors' Committee, closing the above-referenced Chapter 11 case, having found that the estate of the Reorganized Debtor has been fully administered, having found notice of the Motion was proper, having received no opposition to the Motion, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Reorganized Debtor, PBS Building Systems, Inc., is discharged and its chapter 11 case, Case No. SA 95-12144 JR, is closed.

DATED: NOV 14 2001

HONORABLE JOHN E. RYAN
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
Nanette D. Sanders
Attorneys for PBS Building Systems, Inc,
Reorganized Debtor

250434

- 2 -

# PROOF OF SERVICE BY ALL OPTIONS

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1920 Main Street, Suite 1200, Irvine, CA 92614-7060.

On November 6, 2001, I served, in the manner indicated below, the foregoing document described as **FINAL DECREE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Irvine, addressed as follows:

OFFICE OF THE U S TRUSTEE
411 WEST FOURTH ST STE 9041
SANTA ANA CA 92701-8000

STEPHEN J SNIPPER ESQ
SNIPPER WAINER & MARKOFF
2029 CENTURY PARK EAST
SUITE 1690
LOS ANGELES CA 90067

[X] BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 6, 2001 at Irvine, California.

*Carolyn L. Harley* (signature)
Carolyn L. Harley

186350.4

Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document

| In re: (Short Title) | CHAPTER 11 CASE NUMBER |
|---|---|
| PBS Building Systems, Inc., Reorganized Debtor. | SA 95-12144 JR |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

## TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.   You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled:

**FINAL DECREE**

was entered on:   NOV 1 6 2001

2.   I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on:   NOV 1 6 2001

DATED: NOV 1 6 2001

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: [signature]
Deputy Clerk

---

June 1992. This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

110
BK-110

250563.1

Service List:

OFFICE OF THE U S TRUSTEE
411 WEST FOURTH ST STE 9041
SANTA ANA CA 92701-8000

STEPHEN J SNIPPER ESQ
SNIPPER WAINER & MARKOFF
2029 CENTURY PARK EAST
SUITE 1690
LOS ANGELES CA 90067

NANETTE D SANDERS ESQ
SNELL & WILMER LLP
1920 MAIN ST 12TH FLOOR
IRVINE CA 92614